UNITED STATES *versus* ONE BAY HORSE.

JOURNAL ENTRIES: (1) May 4, 1830: libel filed, time fixed for trial, notice ordered published; (2) May 27, 1830: publication proved, proclamation made, motion for forfeiture and sale; (3) May 31, 1830: property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1830): (1) Libel; (2) published notice, proof of publication, proof of posting; (3) printer's bill; (4) copy of order of sale, return, printer's receipt; (5) collector's receipt for amount of sale.
*File No.* 45 of 1830.

UNITED STATES *versus* FOUR BARRELS CIDER, ONE BAG FLOUR, NINE BUSHELS OATS, AND SIX BAGS.

JOURNAL ENTRIES: (1) May 5, 1830: libel filed, time fixed for trial, notice ordered published; (2) May 27, 1830: publication proved, proclamation made, motion for forfeiture and sale; (3) May 28, 1830: property condemned, sale and notice of sale ordered.
PAPERS IN FILE (1830): (1) Libel; (2) published notice, proof of publication, proof of posting; (3) printer's bill; (4) copy of order of sale, return, clerk's receipt.
*File No.* 46.

UNITED STATES *versus* JOHN THOMAS. . . . .

JOURNAL ENTRIES: (1) May 22, 1830: indictment indorsed "Ignoramus" presented by grand jury.
PAPERS IN FILE: [None]
*File No.* . . . .

UNITED STATES *versus* AUGUSTIN ANTIAN.

JOURNAL ENTRIES: [None]
PAPERS IN FILE (1830): (1) Precipe for summons; (2) summons and return; (3) discontinuance.
*File No.* 48.

UNITED STATES *versus* JOHN L. LEIB.

JOURNAL ENTRIES: (1) Aug. 2, 1830: rule to plead; (2) Dec. 19, 1832: continued.

PAPERS IN FILE (1829–30): (1) Precipe for summons; (2) summons and return; (3) declaration; (4) plea of non assumpsit.
*File No.* 29 of 1829.

UNITED STATES *versus* VESSEL "NUCLEUS", WITH HER APPAREL, TACKLE, AND FURNITURE, CLAIMED BY GEORGE B. WEBSTER, JUDAH W. RANSOM, AND . . . . HEACOCK.

JOURNAL ENTRIES: (1) Aug. 7, 1830: libel filed, time fixed for trial, notice ordered published, claim filed, appraisers appointed, report of appraisers filed, claimants' bond filed and approved, property ordered delivered to claimants; (2) Dec. 10, 1830: continued nisi; (3) May 10, 1831: discontinued, reasonable cause for seizure certified, claimants' bond ordered cancelled.
PAPERS IN FILE (1830–31): (1) Libel; (2) claim; (3) claimants' bond; (4) collector's certificate; (5) copy of order appointing appraisers, appraisers' report; (6) published notice, proof of publication, proof of posting; (7) printer's bill; (8) stipulation for discontinuance.
*File No.* 47.

UNITED STATES *versus* VESSEL "PONTIAC", TOGETHER WITH ONE SMALL ANCHOR, ONE MAIN SAIL, ONE JIB, FOUR PIECES RIGGING, ONE WHEELBARROW, TWO BAGS, ONE KEG, TWO TIN PANS, THE APPAREL, TACKLE, AND FURNITURE OF SAID VESSEL.

JOURNAL ENTRIES: (1) Dec. 7, 1830: libel filed, time fixed for trial, notice ordered published; (2) Dec. 30, 1830: publication proved, proclamation made, motion for forfeiture and sale; (3) Feb. 7, 1831: testimony heard; (4) Feb. 10, 1831: property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1830): (1) Libel; (2) published notice, proof of publication, proof of posting; (3) copy of order of sale, return, receipts.
*File No.* 49.